UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X    Chapter    **13**

IN RE:   **Marlene Colmer**

Case No.:

Debtor(s)    STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, **Darren Aronow**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| September 5, 2019 at 11am | Initial interview, analysis of financial condition, etc. |
| September 11, 2019 ar 11AM | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**5,000.00**__ .

6. The representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings or motion practice is included in more detail in the Retainer Agreement at $425.00 per hour

Dated: September 11, 2019

/s/ Darren Aronow
**Darren Aronow**
Attorney for debtor(s)
**Aronow Law, PC**
**20 Crossways Park Drive North**
**Suite 210**
**Woodbury, NY 11797**
**516-762-6700 Fax:516-303-0066**